GK
F. #2019R00659

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - against -

LORNA BAILEY,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. **1:20-cr-00282(ARR)(RML)**

      PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant LORNA BAILEY's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
            August 3, 2020

                    SETH D. DUCHARME
                    Acting United States Attorney
                    Eastern District of New York
                    Attorney for Plaintiff
                    271 Cadman Plaza East
                    Brooklyn, New York 11202

          By:    _____
                    Gillian A. Kassner
                    Assistant United States Attorney
                    (718) 254-6224

Cc:    Clerk of the Court
        Jeannie Henry, Esq.