AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>LORNA BAILEY<br>*Defendant* | )<br>)<br>) Case No. 20-CR-00282 (ARR)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LORNA BAILEY

Date:   11/04/2020

*Attorney's signature*

JEANNIE M. HENRY - 5542956
*Printed name and bar number*
2545 OCEAN AVENUE
RONKONKOMA, NEW YORK 11779

*Address*

attorneyjeanniehenry@aol.com
*E-mail address*

(631) 567-4080
*Telephone number*

*FAX number*